UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* **

ZACHARY BARKER COUGHLIN,

    Plaintiff,

v.

CITY OF RENO, *et al.*,

    Defendants.

CASE NO.: 3:13-CV-00446-RCJ-WGC

O R D E R

    The Court has considered the Report and Recommendation of United States Magistrate (ECF #10) entered on October 16, 2013, in which the Magistrate Judge recommends that the Court grant Plaintiff's Application to Proceed *in Forma Pauperis* (ECF #1), file plaintiff's Complaint (ECF #1-1) and dismiss the complaint with leave to amend.  The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

    ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #10).

    IT IS HEREBY ORDERED that Plaintiff's Application to Proceed *In Forma Pauperis* (ECF #1) is GRANTED.  The Clerk of the Court shall file Plaintiff's Complaint (ECF #1-1).

///

1  IT IS FURTHER ORDERED that Plaintiff's Complaint is DISMISSED with leave to
2 amend.  Plaintiff shall file an amended complaint on or before Friday, December 13, 2013.
3  IT IS FURTHER ORDERED that if Plaintiff fails to file an amended complaint within the
4 proscribed time period, the Court will dismiss this action.
5  IT IS SO ORDERED this 13th day of November, 2013.

_____
ROBERT C. JONES
UNITED STATES CHIEF DISTRICT JUDGE