# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ZACHARY BARKER COUGHLIN,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF RENO et al.,<br><br>　　　　　Defendants. | Case No.: 3:13-cv-00446-RCJ-WGC<br><br>**ORDER** |

Plaintiff filed a motion to proceed *in forma pauperis*. The magistrate judge recommended that the motion be granted and that the Complaint be dismissed. The Court approved the recommendation and gave Plaintiff until December 13, 2013 to amend the Complaint. Plaintiff amended. Most recently, however, Plaintiff has filed a motion to dismiss the case voluntarily, *see* Fed. R. Civ. P. 41(a)(1)(A)(i), with prejudice, *see* Fed. R. Civ. P. 41(a)(1)(B).

///

///

///

///

///

**CONCLUSION**

IT IS HEREBY ORDERED that the Motion to Dismiss (ECF No. 19) is GRANTED.

IT IS FURTHER ORDERED that all other pending motions are DENIED as moot.

IT IS FURTHER ORDERED that the Clerk shall enter judgment and close the case.

IT IS SO ORDERED.

Dated this 27th day of May, 2014.

_____
ROBERT C. JONES
United States District Judge